# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| ROY KORNACKI, | ) | Case No. 5:14 CV 2694 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| HATFIELD PORTFOLIO GROUP, LLC, | ) | |
| f/k/a HARBINGER PROCESSING | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| | ) | **JUDGMENT ENTRY** |
| Defendant. | | |

Defendant, Hatfield Portfolio Group, LLC, f/k/a Harbinger Processing Group, LLC, was served on June 22, 2015 via personal service on authorized agent Ann McKnight.  Defendant has not answered or otherwise appeared on the record in this matter.  Plaintiff, Roy Kornacki, has sought and the clerk has entered default.  Plaintiff has certified, by the affidavit of counsel, his satisfaction of the requirements of Civ. R. 55.  It is therefore ORDERED, ADJUDGED, and DECREED, that judgment be entered against Defendant and in favor of Plaintiff, as follows:

| | |
|---|---|
| $ 1000.00 | Statutory Damages 15 USC § 1692 (k)(a)(2)(A) |
| $ 3200.00 | Attorney Fees |
| $ 610.00 | Court Costs |
| **$ 4810.00** | **Total** |

**IT IS SO ORDERED**.

/s/ John R. Adams
**U.S. DISTRICT COURT JUDGE**

Dated: August 19, 2015